**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1299**

JOHN M. DICKSON, JR.,

Plaintiff - Appellant,

v.

FORMER FBI DIRECTOR JAMES B. COMEY, JR., In his individual capacity, as a person acting under color of federal and state law; FBI AGENT MRS./MS. KATHERINE ANDREWS, former special agent in charge of the Newport News field office, In her individual capacity, as a person acting under color of federal and state law; FBI NEWPORT NEWS FIELD OFFICE JOHN/JANE DOE(S) TECHNICAL AND FIELD AGENT(S), In their individual capacities, as persons acting under color of federal and state law; CITY OF HAMPTON VIRGINIA, In its individual capacity as a person, acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE DEPARTMENT, In its individual capacity as a person, acting under color of state law; CHIEF OF POLICE MR. TERRY L. SULT FOR THE CITY OF HAMPTON VIRGINIA, In his individual capacity, as a person acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE DEPARTMENT RECORDS DEPARTMENT, In his/her individual capacity, as a person acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE OFFICER MR. DOE SQUIRE, In his individual capacity as a person, acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE CORPORAL JANE DOE, In her individual capacity, as a person acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE, In their individual capacities, as persons acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE OFFICER MR. R. FOOTE, In his individual capacity, as a person acting under Color of state law; CITY OF HAMPTON VIRGINIA POLICE LIEUTENANT F. EDMONDS, In his individual capacity, as a person acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE OFFICER JONATHAN DONKER, In his individual capacity, as a person acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE OFFICER J. DYE, In his individual capacity, as a person acting under color of state law; CITY OF HAMPTON VIRGINIA POLICE OFFICERS JOHN/JANE DOE(S), In their individual capacities as persons acting under color of state law; CITY OF NEWPORT NEWS VIRGINIA,

In its individual capacity as a person, acting under color of state law; FORMER CHIEF OF POLICE OF THE CITY OF NEWPORT NEWS VIRGINIA MR. RICHARD W. MYERS, In his individual capacity as a person, acting under color of state law; CITY OF NEWPORT NEWS VIRGINIA POLICE OFFICERS JOHN/JANE DOE(S), In their individual capacities as persons, acting under color of state law; REGINA O'HALLORAN, In her individual capacity, as a person acting under color of state law; DEREK CURRAN, In his individual capacity, as a person acting under color of state law; MS. MELANEY COX, In her individual capacity, as a person acting under color of state law; ANNALISA SCHAEPERKOETTER, In her individual capacity, as a person acting under color of state law; DR. CHARLES ERDMAN, In his individual capacity, as a person acting under color of state law; DR. GREGORY BRISCOE, MD PSYCHIATRY, In his individual capacity, as a person acting under color of state law; DR. HASMUKH VYAS OF EASTERN STATE HOSPITAL, In his individual capacity, as a person acting under color of state law; TIFFANY THOMPSON DNP OF EASTERN STATE HOSPITAL, In her individual capacity, as a person acting under color of state law; JANE DOE PSYCHOLOGIST OF EASTERN STATE HOSPITAL, In her individual capacity, as a person acting under color of state law; SOCIAL WORKER MR. MICHAEL FRAZIER OF EASTERN STATE HOSPITAL, In his individual capacity, as a person acting under color of state law; NURSE DOE JOHNSON OF EASTERN STATE HOSPITAL, In her individual capacity, as a person acting under color of state law; NORTHAMPTON COMMUNITY CENTER, In its individual capacity as a person, acting under color of state law; MR. MRS./MS. JOHN, JANE DOE EMPLOYEE(S), In their individual capacities as persons acting under color of state law; WALMART CORPORATION, In its individual capacity as a person, acting under color of state law; WALMART JANE DOE (EMPLOYEES), In her individual capacity as a person, acting under color of state law; JOHN/JANE DOE(S) EMPLOYEES, In their individual capacities, as persons acting under color of state law; MR. SCOTT RUTLAND, In his individual capacity as a person, acting under color of state law; MARISSA CLAIBORNE EMPLOYEE, In her individual capacity as a person, acting under color of state law; MS. SHANITA SMITH EMPLOYEE, In her individual capacity as a person, acting under color of state law; BARBARA ROBINSON EMPLOYEE, In her individual capacity as a person acting under color of state law; JOHN/JANE DOE(S) EMPLOYEES, In their individual capacities, as persons acting under color of state law; MR. JOHN E. SMITH (OWNER) JSI FOODS, INC., In his individual capacity as a person, acting under color of state law; MCDONALDS INC. JOHN/JANE DOE(S) EMPLOYEES, In their individual capacities, as persons acting under color of state law; MR. KOREY BALLARD (EMPLOYEE) OF OCTAPHARMA PLASMA INC., In his individual capacity as a person, acting under color of state law; MRS. DEJA VINSTON (EMPLOYEE) OF OCTAPHARMA PLASMA, INC., In her individual capacity, as a person acting under color of state law; JOHN/JANE DOE(S) (EMPLOYEES)

2

OF OCTAPHARMA PLASMA, INC., In their individual capacities, as persons acting under color of state law; MS. NAJEAH EASMELL, In her individual capacity as a person, acting under color of state law; FARM FRESH SUPERMARKETS INCORPORATED, In its individual capacity as a person, acting under color of state law; JOHN/JANE DOE(S) (EMPLOYEES) OF FARM FRESH SUPERMARKETS, In their individual capacities, as persons acting under color of state law; DIRECTOR MATTHEW STEARN, In his individual capacity, as a person acting under color of state law; HELP PROGRAM - VOLUNTEERS JOHN/JANE DOE(S); HOPE IN HOME CARE PERSONAL CARE DIVISION, In its individual capacity as a person, acting under color of state law; MS. LISA TAYLOR, In her individual capacity as a person, acting under color of state law,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Arenda L. Wright Allen, District Judge. (4:18-cv-00002-AWA-DEM)

---

Submitted: May 17, 2018                                    Decided: May 18, 2018

---

Before KING and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

John M. Dickson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

3

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order dismissing his civil complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dickson v. Comey*, No. 4:18-cv-00002-AWA-DEM (E.D. Va. Feb. 13, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

4